UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 18-1993-JFW (PJW) | Date | May 21, 2018 |
|---|---|---|---|

Title  *James W. Smittick v. United States Post Office*

Present: The Honorable  Patrick J. Walsh, U.S. Magistrate Judge

| Isabel Martinez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendants:

N/A   N/A

**Proceedings:**   Order To Show Cause Why Action Should Not Be Dismissed

On April 23, 2018, the Court granted Plaintiff an extension until May 7, 2018, to explain why the Complaint should not be dismissed for failure to state a cognizable claim. (Doc. No. 6.) The Court has not received any response from Plaintiff.

Accordingly, by **May 31, 2018**, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to prosecute and/or comply with the Court's previous orders. Plaintiff is cautioned that failure to timely file a response will be deemed consent to the dismissal of this action. In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form by **May 31, 2018.**

O:\PJW\ECF Ready\MO_OSC failure prosecute .wpd

_____ : 00

Initials of Preparer   im