JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES W. SMITTICK, | ) | Case No. CV 18-01993-JFW (PJW) |
| Plaintiff, | ) | J U D G M E N T |
| v. | ) | |
| UNITED STATES POST OFFICE, | ) | |
| Defendant. | ) | |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED: <u>July 23, 2018</u>.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\Judgment.wpd